UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

ZACHARY C. COUCH,                          )
                                           )
            Plaintiff,                     )
                                           )
v.                                         )        No.:   3:24-CV-142-TAV-DCP
                                           )
TENNESSEE DEPARTMENT OF                    )
HUMAN SERVICES,                            )
                                           )
            Defendant.                     )

## **ORDER**

This civil matter is before the Court on a Report and Recommendation ("R&R")

entered by United States Magistrate Judge Debra C. Poplin on July 29, 2024 [Doc. 7]. In

the R&R, the magistrate judge recommends that the Court dismiss plaintiff's complaint.

There have been no timely objections to the R&R, and enough time has passed since the

filing of the R&R to treat any objections as waived. *See* 28 U.S.C. § 636(b)(1); Fed. R.

Civ. P. 6(d), 72(b).

After careful review of the matter, the Court agrees with the magistrate judge's

recommendations. Accordingly, the Court **ACCEPTS and ADOPTS** in full the R&R

[Doc. 7] pursuant to 28 U.S.C. § 636(b)(1). Accordingly, it is hereby **ORDERED** that

plaintiff's case is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** this case.

            ENTER:

                          s/ Thomas A. Varlan
                          UNITED STATES DISTRICT JUDGE